# EXHIBIT C

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                IN AND FOR THE DISTRICT OF DELAWARE

 3                            - - -

     ADVANCED MICROSCOPY, INC.,
 4                                        :    CIVIL ACTION NO.
              Plaintiff,                  :
 5   v                                    :
                                          :
 6   HITACHI HIGH TECHNOLOGIES            :
     AMERICA, INC.,                       :
 7                                        :    15-1020-LPS-CJB
              Defendant.
 8   -----------------------------------
     ADVANCED MICROSCOPY, INC.,
 9                                        :    CIVIL ACTION NO.
              Plaintiff,                  :
10   v                                    :
                                          :
11   ZYGO CORPORATION,                    :
                                          :    15-1023-LPS-CJB
12            Defendant.
                                 - - -
13
                         Wilmington, Delaware
14                    Monday, February 29, 2016
                      Case Management Conference
15
                                 - - -
16
     BEFORE:  HONORABLE CHRISTOPHER J. BURKE, Magistrate Judge
17
     APPEARANCES:                    - - -
18

19            FARNAN, LLP
              BY:  MICHAEL J. FARNAN, ESQ.
20
                   and
21
              FRIEDMAN, SUDER & COOKE
22            BY:  TODD I. BLUMENFELD, ESQ.

23                 Counsel on behalf of Advanced Microscopy, Inc.

24

25                                    Brian P. Gaffigan
                                      Registered Merit Reporter
```

## Page 14

1   of the things that are in place to make it as limiting in a
2   burdensome manner as possible, to sort of limit that burden
3   as much as possible. I think those are good things. We
4   want to conform to those things, but we still are of the
5   opinion that we would like to have e-mail discovery along
6   with other kinds of discovery, in the course of how those
7   documents would be produced and not have to sort of, to
8   borrow opposing counsel's words, to not have to wait and
9   see.
10          THE COURT: Can you say how, if at all, the
11  parties have attacked e-mail discovery in the one related
12  case where the schedule has been in place for awhile?
13          MR. BLUMENFELD: Sure. I believe that we have
14  -- I don't want to misspeak, but I believe that we have
15  provided some search terms for back and forth for when that
16  happens. We have not done any actual production of any
17  e-mails yet so that hasn't happened yet. But I do believe
18  that we are setting it up where we will be doing that.
19          THE COURT: So that has not been, the actual
20  search and production of e-mail documents hasn't actually
21  occurred in the Carl Zeiss case, at least as of yet.
22          MR. BLUMENFELD: Not from our side, Your Honor.
23  I can't say if Carl Zeiss has started. They certainly
24  haven't produced them. Had they started the search? I
25  can't tell you.

## Page 15

1           THE COURT: Well, let me just saw a couple of
2   things about these issues that the parties have raised.
3           One is on the motion to stay front, as I said,
4   I think it is confirmed, if my memory is right, in the Carl
5   Zeiss case, there is already a set schedule that those two
6   parties should follow.
7           To the extent that the PTAB does initiate
8   proceedings and to the extent that the defendant there
9   renews its motion, I guess it may be the case, sitting here
10  and thinking out loud, that these defendants may not only
11  join a motion filed by the defendant in that case but might
12  wish to incorporate some of their own argument or thought
13  kind of behind a motion to stay if the PTAB does institute
14  proceedings.
15          I guess for now, since there is technically not an
16  order in this case regarding how to brief the motion to stay,
17  the parties should discuss amongst themselves with plaintiff
18  and, if need be, with the defendant in the Carl Zeiss case as
19  to how everyone could kind of best coordinate the briefing
20  amongst the related cases, if there are in fact multiple
21  motions to stay that are filed, probably an easy way to do
22  that that doesn't require much more for the Court to do and
23  still tee up the issue, if in fact it is going to be teed up.
24          On the e-mail discovery issue, obviously it's
25  not an issue that I have a jurisdiction over. If there is

## Page 16

1   a dispute about e-mail discovery, it's one that Chief Judge
2   Stark will handle in the first instance. I think what I
3   will say for now will probably sound like platitudes, but
4   it would be that, at least in my view, on the one hand,
5   e-mail discovery is a type of discovery and at least I would
6   be wary about eliminating it in the first instance from
7   requests certainly before there has been a showing about
8   burden, for example, or cost. On the other hand, I think
9   the Court recognizes that it can be a particularly costly
10  form of discovery.
11          I would certainly encourage the parties to
12  further discuss how and when the production of e-mail would
13  hit in this case and whether further discussions about that
14  might be able to, at a minimum, narrow the requests that
15  might be made.
16          But beyond that, that is an issue that if it has
17  to be adjudicated will probably get adjudicated at another
18  date before another judge.
19          The last issue I wanted to at least raise with
20  the parties was the issue of ADR. That is, as I said, I
21  have the referral in the case for that purpose which I get
22  on all of Chief Judge Stark's patent cases, but I'd say that
23  the way our court goes about those processes in cases like
24  this one where I also have responsibility for other motions,
25  here a motion to dismiss transfer or stay, at one point if

## Page 17

1   some party, or all, would wish to have a different
2   Magistrate Judge to be assigned the issue of ADR, then the
3   procedure there is for all the parties to jointly filed a
4   letter, the text of which is found on my portion of the
5   District Court's website that in essence says at least one
6   party has made a request that a different Magistrate Judge
7   be assigned.
8           If we see that letter, I forward it to our Chief
9   Magistrate Judge, Judge Thynge, who in almost all instances
10  will in fact assign a different Magistrate Judge to approach
11  ADR in the case. If we don't see that letter, I assume the
12  parties have no issue with me proceeding as the Magistrate
13  Judge assigned for ADR purposes.
14          What I would do then is just to try to figure
15  out what is the first date in the timeline of these cases
16  where all sides think it might actually be productive for me
17  to really address the issue of ADR with the parties and when
18  the parties might have enough information about the case to
19  be able to make informed settlement discussions.
20          Let me just get the parties take on when that
21  first call may make sense, whether that is after initial
22  disclosures are completed or whether it is the kind of case
23  where one side or the other thinks that needs to postdate a
24  *Markman* order or something else.
25          First, for the plaintiff's side, Mr. Blumenfeld,