**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SENTIUS INTERNATIONAL, LLC, | )<br>)<br>) |
| Plaintiff, | ) C.A. No. 18-1216-MN<br>) |
| v. | )<br>) |
| HTC CORPORATION, | )<br>) |
| Defendant. | )<br>)<br>) |
| SENTIUS INTERNATIONAL, LLC, | )<br>) |
| Plaintiff, | ) C.A. No. 18-1217-MN<br>) |
| v. | )<br>) |
| LG ELECTRONICS U.S.A. and<br>LG ELECTRONICS INC., | )<br>)<br>) |
| Defendants. | )<br>) |

**STIPULATION TO EXTEND DEADLINE
TO EXCHANGE PROPOSED CONSTRUCTIONS**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the deadline for the parties to exchange a list of their proposed constructions of the claims terms and phrases that they believe need construction, *see* Scheduling Order, D.I. 29 ¶ 11, is extended to September 2, 2020.

| | |
|---|---|
| /s/ Brian E. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>FARNAN LLP<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff*<br>*Sentius International, LLC* | /s/ Jason J. Rawnsley<br>Frederick L. Cottrell, III (#2555)<br>Jason J. Rawnsley (#5379)<br>Alexandra M. Ewing (#6407)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>rawnsley@rlf.com<br>ewing@rlf.com<br><br>*Attorneys for Defendants LG Electronics*<br>*U.S.A., LG Electronics Inc.* |

/s/ Stephanie O'Byrne
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Tracey E. Timlin (#6469)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
ttimlin@potteranderson.com

*Attorneys for Defendant HTC Corporation*

Dated: August 27, 2020


IT IS SO ORDERED this ___ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

2